**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEPHEN MENCHACA, | ) | NO. SA CV 11-1380-JHN(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. TIM OCHOA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 18, 2012

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE